UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No: 5:24-CR-138-1D

UNITED STATES OF AMERICA

vs.                                    ORDER

SHAWN QUINN

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on June 4, 2025 be turned over to SA Lee Hartman, ATF to be retained in his custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
|---|---|
| 1 | JA Industries, LLC, Model J.A. Nine, 9mm caliber pistol, serial number 461455 |
| 2 | Magazine and 9mm ammunition |

This 4th day of June, 2025.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE

Agent's Signature: _____