UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

Docket No. 5:24-CR-138-1D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| SHAWN QUINN ) | |
| Defendant ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for November 3, 2025, in Raleigh. The case is hereby CONTINUED to **December 2025** in Raleigh, North Carolina.

This **21** day of **October** 2025.

James C. Dever III
U.S. District Judge